IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EDWARD CHARLES REDMOND,

      Appellant,

v.                            Case No.    5D22-448
                                    LT Case No. 2015-CF-012387-C-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 30, 2022

3.850 Appeal from the Circuit Court for
Orange County,
Elaine A. Barbour, Judge.

David M. Lamos, Ft. Pierce, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean Parrish,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

COHEN, TRAVER and NARDELLA, JJ., concur.